

**SIGNED THIS 14th day of September, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re:  Reinder Gijsbertus Hagelen
Sherri Gail MacDonald-Hagelen

Case No. 19-60390
Chapter 13

Debtor(s)

## ORDER GRANTING MOTION TO REFINANCE REAL PROPERTY

AND NOW, this day, upon the Debtors' Motion to Refinance Real Property,

It appearing appropriate so to do, it is hereby ORDERED and DECREED that Debtors shall be permitted to enter into a refinance agreement with Midland Mortgage Corporation, of the first mortgage loan at terms as set forth on the loan summary attached to Debtors' Motion, or on terms equal to or more favorable to the Debtors.

It is further ORDERED that Debtors' attorney shall ensure that a copy of this Order is received by the closing agent prior to the scheduled closing.

It is further ORDERED that if the confirmed plan provides for pre-petition and/or post-petition mortgage arrears to be paid by the Trustee, and if such arrears are instead paid at closing, the entire remaining balance on the Debtor's confirmed plan must still be paid to the Trustee in order for the Debtors to receive a discharge pursuant to the existing confirmation order.

The closing shall not occur unless (b) an amount sufficient to pay in full the base balance, which amount is estimated to be $14,798.83 if the Trustee is not having to pay the balance of the mortgage arrears provided for in the plan, will be promptly forwarded by the closing agent to the Trustee.

The Trustee shall make no further payments toward the balance of post-petition mortgage arrears owed to U.S. Bank Trust National Association (balance of $5,062.53, claim #5), which arrears shall be paid in full by the closing agent at closing.

Any funds for the Trustee should be sent to: Herbert L. Beskin, Trustee, P.O. Box 1961, Memphis TN 38101 1961; the check should contain the Debtor's full name and case number.

It is further ORDERED that any documents should be sent to the Trustee by email at beskinorders@cvillech13.net or by fax at 434-817-9916.

It is further ORDERED that the Clerk of this Court shall send a copy of this Order to counsel for the Debtors, who shall promptly serve a copy on the Trustee and the Debtors.

**END OF ORDER**

Presented by:

/s/ Jerry E. Fennell, Jr.
Jerry E. Fennell, Jr., VSB #94748
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA  22902
434-979-7900
jerry@marshallslayton.com

Seen and Agreed:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via first-class mail, postage prepaid, to the Debtors, and to the Bankruptcy Trustee via ECF on _____ .

_____
Jerry E. Fennell, Jr.